UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANNY PASTREICH, et al.,

Plaintiffs,

-v-

U STREET PARKING INC., d/b/a USP SECURITY d/b/a USP PARKING LLC,

Defendant.

CIVIL ACTION NO. 26 Civ. 8075 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for general pretrial management. (Dkt. No. 7). On September 16, 2026, Plaintiffs Manny Pastreich and The Trustees of the Building Service 32BJ Health Fund and Building Service 32BJ Supplemental Retirement and Savings Plan (together, "Plaintiffs") filed a complaint against U Street Parking Inc., d/b/a USP Security d/b/a USP Parking LLC ("Defendant"). (Dkt. No. 1 (the "Complaint")). On September 24, 2026, Plaintiffs served the summons and Complaint on Defendant, making Defendant's deadline to respond October 15, 2026. (Dkt. No. 5). See Fed. R. Civ. P. 12(a)(1)(A)(i). To date, Defendant has not responded to the Complaint. As a one-time courtesy, the Court sua sponte **EXTENDS** Defendant's deadline to respond to the Complaint to **October 30, 2026**.

DEFENDANT IS WARNED THAT FAILURE TO TIMELY RESPOND TO THE COMPLAINT MAY RESULT IN THE COURT PERMITTING PLAINTIFFS TO INITIATE DEFAULT PROCEEDINGS AGAINST IT.

The Clerk of Court is respectfully directed to mail a copy of this Order to U Street Parking Inc., d/b/a USP Security d/b/a USP Parking LLC at 1208 9TH ST. NW, Washington, DC 20001.

Dated: New York, New York
October 16, 2026

SO ORDERED.

Sarah L Cave

**SARAH L. CAVE**
**United States Magistrate Judge**